# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**FELIZ RAEL, as Guardian ad Litem for**
**JANE DOE, a minor child,**

    **Plaintiff,**

**v.**                          **No. 1:26-cv-00176 KK/JMR**

**MELANIE JEAN MARTINEZ, in her individual capacity,**
**JAYME SCHUTTE, in her individual capacity, and**
**ERIC JAMES, in his individual capacity,**

    **Defendants.**

## ENTRY OF APPEARANCE

COME NOW Walz and Associates, P.C., (Jerry A. Walz and Alisha L. Walz) hereby enter their appearance on behalf of Defendants Jayme Schutte and Eric James in the above captioned matter.

Respectfully submitted,

WALZ AND ASSOCIATES, P.C.

*/s/ Jerry A. Walz*
JERRY A. WALZ, ESQ.
ALISHA L. WALZ, ESQ.
*Attorneys for Jayme Schutte and Eric James*
133 Eubank Blvd NE
Albuquerque, NM 87123
(505) 275-1800
jerryawalz@walzandassociates.com
awalz@walzandassociates.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2026, I filed the foregoing electronically through the CM/ECF system which caused all parties and counsel to be served as more fully reflected in the Notice of Filing.

*/s/ Jerry A. Walz*
JERRY A. WALZ, ESQ.