IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FELIZ RAEL, as Guardian ad Litem for
JANE DOE, a minor child,

      Plaintiff,

v.                                          No. 1:26-cv-00176-KK-JMR

MELANIE JEAN MARTINEZ, in her individual capacity,
JAYME SCHUTTE, in her individual capacity, and
ERIC JAMES, in his individual capacity.

      Defendants.

## NOTICE OF SETTLEMENT

COME NOW the Parties, Plaintiff Feliz Rael, as Guardian ad Litem for Jane Doe, a minor child, and Defendants Melanie Jean Martinez, Jayme Schutte, and Eric James, through their undersigned counsel of record, and notify the Court that they have reached a proposed settlement agreement regarding the matters at issue in this case. As the proposed settlement agreement involves a minor child, the parties are moving forward with the minor settlement review process in the parallel state court proceeding (*see Rael v. Bernalillo Public Schools District, et al.,* D-1329-CV-2024-01430) in order to ensure that the state court is able to retain jurisdiction over the ways in which the settlement is to be paid to the minor child, including a trust and/or structured annuity. The Parties can provide the closing documents, including the state court's order approving the proposed minor settlement, within ten (10) days from the state court's order approving the settlement.

Respectfully Submitted,

**MARTINEZ, HART,
SANCHEZ & ROMERO, P.C.**

*/s/Julio C. Romero*
Julio C. Romero
Kelly Stout Sanchez
F. Michael Hart
Frederick Michael Hart
1801 Rio Grande Blvd. NW
Albuquerque, NM 87104
(505) 343-1776
(505) 344-7709 facsimile
julior@osolawfirm.com
kellys@osolawfirm.com
mikeh@osolawfirm.com
fredmichael@osolawfirm.com
***Attorneys for Plaintiff***

**WALZ & ASSOCIATES, P.C.**

*/s/ Approved via E-Mail 03/04/2026*
Jerry A. Walz, Esq.
Alisha L. Walz, Esq.
133 Eubank Blvd. NE
Albuquerque, NM 87123
(505) 275-1800
jerryawalz@walzandassociates.com
awalz@walzandassociates.com
***Attorneys for Jayme Schutte and
Eric James***

**LONG, KOMER & ASSOCIATES,
P.A.**

*/s/ Approved via E-Mail 03/04/2026*
Gabriela M. Delgadillo
P.O. Box 5098
Santa Fe, NM 87502-5098
(505) 982-8405
gabriela@longkomer.com

***Attorney for Melanie Jean Martinez***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing pleading was electronically filed through the CM/ECF system on March 5, 2026, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.


**MARTINEZ, HART, SANCHEZ & ROMERO, P.C.**

*Electronically filed*
*/s/ Julio C. Romero*
Julio C. Romero